IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERTO SOLER,
     Petitioner,

vs.                        CASE NO.: 3:04cv209/RV/MD

DONALD F. BAUKNECHT,
     Respondent.
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 26, 2005.  The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

     Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     The petition for writ of habeas corpus (doc. 3) is DENIED and the clerk is directed to close the file.

     DONE AND ORDERED this 26th day of September, 2005.


                    /s/ _Roger Vinson_____
                    ROGER VINSON
                    SENIOR UNITED STATES DISTRICT JUDGE